JUDGE PATTERSON

08 CV 5450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KOREA LINE CORPORATION,                    :

                        Plaintiff,          :          08 Civ.

                                            :

        - against -                         :          ECF CASE

                                            :

FARENCO SHIPPING CO. LTD.,                  :

                        Defendant.          :

------------------------------------------------------------

*[stamp: RECEIVED JUN 17 2008 U.S.D.C. S.D.N.Y. CASHIERS]*

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                                NONE.

Dated: June 16, 2008
        Southport, CT

                        The Plaintiff,
                        KOREA LINE CORPORATION,

                        By: _____
                        Charles E. Murphy
                        LENNON, MURPHY & LENNON, LLC
                        The Gray Bar Building
                        420 Lexington Avenue, Suite 300
                        New York, NY 10170
                        (212) 490-6050 - phone
                        (212) 490-6070 - fax
                        cem@lenmur.com